# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Armando Aguilar        JOINT DEBTOR: _____    CASE NO.: _____
Last Four Digits of SS# 0787        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 92.59 for months 1 to 36 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 _____ TOTAL PAID $ 3000 Balance Due $ 650 .
    payable $ 65/month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment    $ _____ /month (Months _____ to _____)
_____    Regular Payment    $ _____ /month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____    Total Due $ _____
    Payable    $ _____ /month (Months _____ to _____) Regular Payment $ _____

Unsecured Creditors: Pay $ 18.33 /month (Months 1 to 10) and Pay $ 83.33 /month (Months 11 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor World Omni Financial and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _____    _____
Debtor    Joint Debtor
Date: _____    Date: _____

LF-31 (rev. 01/08/10)