UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ARMANDO AGUILAR

Debtor(s).

CASE NO.: 17-15798-LMI
CHAPTER: 13

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Creditor, World Omni Financial Corp. ("World Omni"), the undersigned and the law firm of Tripp Scott, P.A. file this Notice of Appearance and Request for BNC Notices and electronic copies of all pleadings filed in the above-styled case.

Respectfully Submitted,

Tripp Scott, PA
*Attorneys for the Creditor World Omni*
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
bankruptcy@trippscott.com
Tel:  954-525-7500

/s/ *Christina V. Paradowski*
Christina V. Paradowski, Esquire
Florida Bar No.  56708

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was filed and provided by electronic or U.S. Mail to Mail to **Armando Aguilar** 503 SW 106 Avenue Miami, FL 33174-1643; **Robert Sanchez, Esq** 355 W 49 St.   Hialeah, FL 33012  ; Trustee, Nancy K. Neidich, POB 279806, Miramar, FL 33027 33027e2c8f01@ch13herkert.com; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 USTPRegion21.MM.ECF@usdoj.gov, on this 15th day of June, 2017.

/s/ *Christina V. Paradowski*
Christina V. Paradowski, Esquire